**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, ALVARO OROSCO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO OROSCO,<br><br>  Plaintiff,<br><br>  vs.<br><br>BOSKOVICH INVESTMENTS, LLC; and DOES 1 to 10,<br><br>  Defendants. | **Case No.: 2:23-cv-04993 PA (PDx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff ALVARO OROSCO ("Plaintiff") and Defendant BOSKOVICH INVESTMENTS, LLC stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: February 8, 2024     SO. CAL. EQUAL ACCESS GROUP

By:  */s/  Jason J. Kim*
     Jason J. Kim
     Attorneys for Plaintiff

DATED: February 8, 2024     **LightGabler**

By:  /s/ Glenn J. Dickinson
     Glenn J. Dickinson
     Attorneys for Defendants
     Boskovich Investments, LLC